**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

ARNIE PORTER,

        Plaintiff,

        v.

THE MOORE LAW GROUP,
A PROFESSIONAL CORPORATION,

        Defendant.

Case No. 1:25-cv-03321-RMR-TPO

Honorable Judge Regina M. Rodriguez

**DEFENDANT THE MOORE LAW GROUP'S
MOTION TO APPEAR TELEPHONICALLY AT
MARCH 24, 2026 FED. R. CIV. P. 16(b) SCHEDULING CONFERENCE**

Defendant, The Moore Law Group, by and through its undersigned counsel, respectfully moves this Court to allow its counsel to appear telephonically at the March 24, 2026 Fed. R. Civ. P. 16(b) Scheduling Conference, and in support thereof states as follows:

1. On December 29, 2025, this Court set a Fed. R. Civ. P. 16(b) Scheduling Conference for March 24, 2026 to be conducted in person.

2. Defendant filed its Motion to Dismiss Plaintiff's Complaint, ECF No. 16, on December 12, 29, 2025. Plaintiff did not respond to the motion.

3. On January 26, 2026, this Court extended Plaintiff's deadline to respond to the Motion to Dismiss by February 9, 2026. However, Plaintiff has not filed a response nor has he contacted Defendant's counsel.

4. Defendant has been unable to confer with Plaintiff about this motion as Plaintiff is appearing pro-se and has not provided a phone number or email address. Defendant's prior attempts to communicate with Plaintiff on this case via U.S. First Class Mail and FedEx have gone unanswered.

1

5.  Defendant's respective counsel lives and works in Illinois. To save time and expense, Defendant requests that its counsel be allowed to appear telephonically or by other remote means for the March 24, 2026 Fed. R. Civ. P. 16(b) Scheduling Conference.

6.  The remote appearance will not prejudice any party and will not hamper the efficiency of the Fed. R. Civ. P. 16(b) Scheduling Conference.

WHEREFORE, Defendant, The Moore Law Group, requests that this Honorable Court allow Defendant's counsel to appear telephonically or by other remote means at the March 24, 2026 Fed. R. Civ. P. 16(b) Scheduling Conference and grant any such further relief as the Court deems just and proper.


Dated: March 11, 2026

Respectfully submitted,

*/s/ Stephanie A. Strickler*
Stephanie A. Strickler, PRID: 2568959
Messer Strickler Burnette, Ltd.
142 W. Station Street
Barrington, IL 60010
(312) 334-3465
sstrickler@messerstrickler.com
*Counsel for Defendant The Moore Law Group, a Professional Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>March 11, 2026</u>, a true and correct copy of the foregoing was filed

with the Clerk of Court using the CM/ECF system, and was mailed via U.S. First Class Mail to

the following:

Arnie Porter
9615 East County Line Road
Suite B631
Centennial, CO 80112

**MESSER STRICKLER BURNETTE, LTD.**

*/s/ Stephanie A. Strickler*
Stephanie A. Strickler, PRID: 2568959
142 W. Station Street
Barrington, IL 60010
(312) 334-3465
sstrickler@messerstrickler.com
*Counsel for Defendant The Moore Law Group,*
*a Professional Corporation*

3